**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **ED CV 26-1760-JFW(JDE)**                    Date:  April 10, 2026

Title:      Humberto Negrete Bravo -v- Secretary of Homeland Security, el al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
              None                                          None

PROCEEDINGS (IN CHAMBERS):        **ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND AN ORDER TO SHOW CAUSE**

        On April 9, 2026, Petitioner Humberto Negrete Bravo ("Petitioner") filed a Motion for a Temporary Restraining Order, Preliminary Injunction, and an Order to Show Cause ("Motion"). Respondents are ordered to file a response to Petitioner's Motion on or before **April 13, 2026.** Petitioner is ordered to file a Reply on or before **April 17, 2026 at 12:00 p.m.**  The hearing on Petitioner's Motion is scheduled for **April 27, 2026, at 10:00 a.m.**


        IT IS SO ORDERED.


Page 1 of  1                                    Initials of Deputy Clerk __sr_