**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 26-1760-JFW(JDE)**                           Date:  April 10, 2026

Title:        Humberto Negrete Bravo -v- Secretary of Homeland Security, el al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                    **None Present**
**Courtroom Deputy**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER REFERRING CASE TO THE FEDERAL PUBLIC DEFENDER TO CONSIDER APPOINTMENT OF COUNSEL**

        Petitioner, an immigration detainee who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, and requests appointment of counsel.  There is no absolute right to appointment of counsel in habeas proceedings.  *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]"  18 U.S.C. § 3006A(a)(2).  The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits.  *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

        Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner.  The office of the Federal Public Defender for the Central District of California ("FPD") has indicated that it will accept appointments to represent *pro se* petitioners in immigration-related habeas corpus proceedings such as this one.  Accordingly, the Court **REFERS** this case to the FPD for consideration of appointment of counsel for Petitioner.  The FPD is **ORDERED** to file a response within seven days of this order issuing, indicating whether the FPD will represent Petitioner in this matter.  This obligation shall be satisfied if the FPD files a notice of appearance in this case.  The Clerk of Court is **DIRECTED** to serve a copy of this Order and the Order Setting Briefing Schedule on Motion for a Temporary Restraining Order, Preliminary Injunction, and an Order to Show Cause on the FPD.

        IT IS SO ORDERED.

cc:  FPD [ATTN:  Jonathan_Aminoff@fd.org]

Page 1 of  1                                    Initials of Deputy Clerk __sr_