UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| HUMBERTO NEGRETE BRAVO, | ) ) | Case No. 5:26-cv-01760-JFW-JDE |
| Petitioner, | ) ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| SECRETARY OF HOMELAND SECURITY, et al., | ) ) ) | |
| Respondents. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 12), Petitioner's Reply (Dkt. 17), the Report and Recommendation of the United States Magistrate Judge (Dkt. 18, "Report"), and Petitioner's Objection to the Report (Dkt. 20). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment be entered:

(1)     Granting the Petition, in part, with Respondents ORDERED hold an individualized bond hearing for Petitioner before an

immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied AND, if no such hearing is held within seven (7) days, Respondents are then ordered to release Petitioner; and

(2)   all other relief sought by the Petition is denied without prejudice.

Dated: May 26, 2026

JOHN F. WALTER
United States District Judge

2