UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HUMBERTO NEGRETE BRAVO, | Case No. 5:26-cv-01760-JFW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| SECRETARY OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

(1)     The Petition is granted, in part, with Respondents ORDERED to hold an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied and, if no

such hearing is held within seven days, Respondents are then ordered to release Petitioner; and

(2)    All other relief sought by the Petition is denied without prejudice.

Dated:  May 26, 2026

JOHN F. WALTER
United States District Judge

2